Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Donald L Overly Jr.** | : | Case No. 14−23517−CMB |
| **Debra J Overly** | : | Chapter: 13 |
| **dba DJ's Cakes, Cookies and Candies** | : | |
| *Debtor(s)* | : | |
| | : | |
| Wilmington Savings Fund Society, FSB, d/b/a | : | Related to Claim No. N/A |
| Christiana Trust, not individually but as trustee | : | |
| for | : | |
| Carlsbad Funding Mortgage Trust | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Donald L Overly Jr. | : | |
| Debra J Overly | : | |
| dba DJ's Cakes, Cookies and Candies | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## **ORDER**

**AND NOW**, this **12th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust* at Claim No. N/A in the above−captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Donald L Overly, Jr.  
Debra J Overly  
    Debtors

Case No. 14-23517-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Jan 12, 2017  
                       Form ID: 237      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db/jdb      +Donald L Overly, Jr.,    Debra J Overly,    1247 Bethel Church Rd,    Latrobe, PA 15650-9267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:

     Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...  
      agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
     Douglas G. Hipp    on behalf of Joint Debtor Debra J Overly twohipp4u@hotmail.com  
     Douglas G. Hipp    on behalf of Debtor Donald L Overly, Jr. twohipp4u@hotmail.com  
     James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...  
      bkgroup@kmllawgroup.com  
     Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,  
      RA-occbankruptcy6@state.pa.us  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                       TOTAL: 7