**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

05/13/2019

IN RE:

DONALD L OVERLY, JR.
DEBRA J OVERLY
1247 BETHEL CHURCH RD
LATROBE, PA 15650
XXX-XX-1293         Debtor(s)

XXX-XX-9893

Case No.14-23517 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/13/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br><br>SAN DIEGO, CA 92108 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: UNS/DOE*JDGMNT LIEN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8536 |
| **RUSHMORE LOAN MANAGEMENT SVCS LLC**<br>ATTN HOME RETENTION DEPT (LMP)<br>15480 LAGUNA CANYON RD STE 100<br><br>IRVINE, CA 60305 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: NC<br><br>CLAIM: 0.00<br>COMMENT: PMT/AMD PL*DKT4PMT-LMT | | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 8164 |
| **CREDITECH**<br>POB 99*<br><br>BANGOR, PA 18013 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NtOPWED/RJB*NtPROV/PL*LIGONIER VLLY SD~COOK TWP~TYPE?/SCH | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ?:14 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: RMVD/PAP | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: ...1293:11 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 1,858.39<br>COMMENT: $CL-PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1293 |
| **LIGONIER VLY SD/COOK TWP(PCAP)**<br>C/O PA MUN SVC CO-DLNQ CLLCTR<br>336 DELAWARE AVE DEPT PC-LG<br><br>OAKMONT, PA 15139-2138 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 1,522.50<br>COMMENT: W/30*91-93,95-14*DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7670 |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ 85715 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=$5,833.60*UNS/SCH*CAPITAL ONE | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7871 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5888 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WEST PENN HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COLLECTION SERVICE CENTER INC**<br>363 VANADIUM RD STE 109<br>PO BOX 13446<br><br>PITTSBURGH, PA 15243-0446 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ALLEG RAD ASSOC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 518.38<br>COMMENT: 6004,6978/SCH*COMENITY BANK~FASHION BUG*CL DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6322 |
| **EQUIDATA**<br>724 THIMLBE SHOALS BLVD<br><br>NEWPORT NEWS, VA 23606 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LAUREL HIGHLANDS TELE CO/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 621,6231 |
| **GECAF*++**<br>POB 103104*<br><br>ROSWELL, GA 30076 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6034 |
| **PAYPAL BUYER CREDIT++**<br>C/O GEMB/GE MONEY BANK<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6044 |
| **WAL MART++**<br>C/O GE MONEY BANK<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6032 |
| **LATROBE FCU**<br>1812 LIGONIER ST<br><br>LATROBE, PA 15650 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1820 |
| **LJ ROSS & ASSOC++**<br>POB 1838<br><br>ANN ARBOR, MI 48106 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1149 |
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 8,636.00<br>COMMENT: 6073/SCH*CITIBANK | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 2168 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GEMB/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6032,6034 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WFNB/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6978 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SOLOMON & SOLOMON PC**<br>WASHINGTON SQUARE<br>POB 15019<br>ALBANY, NY 12212 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7242 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 231.62<br>COMMENT: 1000/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6104 |
| **RUSHMORE LOAN MANAGEMENT SVCS LLC**<br>ATTN HOME RETENTION DEPT (LMP)<br>15480 LAGUNA CANYON RD STE 100<br>IRVINE, CA 60305 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 9,898.82<br>COMMENT: $/PL | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8164 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 24  INT %: 3.00%<br>Court Claim Number: 2<br>CLAIM: 496.21<br>COMMENT: $CL-PL@3%/PL*NO SEC/SCH | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1293 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 574.86<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1293 |
| **COOK TOWNSHIP (EIT)**<br>C/O BERKHEIMER TAX ADMIN - DLNQ YRS<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 66.00<br>COMMENT: $CL-PL~2012*NT/SCH*DKT | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1293 |
| **LIGONIER VLY SD/COOK TWP (EIT)**<br>C/O PA MUN SVC CO-CUR&DLNQ YRS<br>336 DELAWARE AVE<br>OAKMONT, PA 15139 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,525.75<br>COMMENT: 9785.15@SLNT%TTL/PL*90-94,00-02,10*NT/SCH*W/28 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1293 |
| **LIGONIER VLY SD/COOK TWP (EIT)**<br>C/O PA MUN SVC CO-CUR&DLNQ YRS<br>336 DELAWARE AVE<br>OAKMONT, PA 15139 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 5,259.43<br>COMMENT: 9785.15@SLNT%TTL/PL*94-04,07-10*NT/SCH*W/27 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9893 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON SVNGS~CHRISTIANA TRUST~CARLSBAD FUNDING MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LIGONIER VLY SD/COOK TWP(PCAP)**<br>C/O PA MUN SVC CO-DLNQ CLLCTR<br>336 DELAWARE AVE DEPT PC-LG<br>OAKMONT, PA 15139-2138 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 207.00<br>COMMENT: $CL-PL*;91-93,95-14*W/6 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7670 |