IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-23517 |
| Donald and Debra Overly | : | |
| Debtor(s) | : | |
| Donald and Debra Overly | : | Chapter 13 |
| | : | |
| Debtors(s), Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   Neither Debtor is required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 8, 2014, at docket number 19, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

DATE October 22, 2019

/s/Douglas G. Hipp
Douglas G. Hipp, Esquire
Hipp/Kaiser-Hipp
1142 Broadview Blvd.
Brackenridge, PA  15014
(412) 478-3603
Twohipp4u@hotmail.com
PA ID # 4776

**PAWB Local Form 24 (07/13)**