# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DONALD L OVERLY, JR.<br>DEBRA J OVERLY<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  DONALD L OVERLY, JR.<br>DEBRA J OVERLY<br><br>     Respondents | Case No.14-23517CMB<br><br>Chapter 13<br><br>Related to: Document NO. 68 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __22nd__ day of __October__, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Taylor Trucking
Attn: Payroll Manager
2255 Route 217 S
Blairsville, PA 15717

is hereby ordered to immediately terminate the attachment of the wages of DONALD L OVERLY, JR., social security number XXX-XX-1293. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DONALD L OVERLY, JR..

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/22/19 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 14-23517-CMB
Donald L Overly, Jr.                                                                Chapter 13
Debra J Overly
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1           Date Rcvd: Oct 22, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
jdb            +Debra J Overly,    1247 Bethel Church Rd,    Latrobe, PA 15650-9267
               +Taylor Trucking,    Attn: Payroll Manager,   2255 Rout 217 S,   Blairsville, PA 15717-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           andygornall@latouflawfirm.com
          Douglas G. Hipp    on behalf of Joint Debtor Debra J Overly twohipp4u@hotmail.com
          Douglas G. Hipp    on behalf of Debtor Donald L Overly, Jr. twohipp4u@hotmail.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           bkgroup@kmllawgroup.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7