**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Donald L Overly Jr.**
**Debra J Overly**
**dba DJ's Cakes, Cookies and Candies**
   Debtor(s)

Bankruptcy Case No.: 14−23517−CMB

Chapter: 13
Docket No.: 75 − 74

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of November, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/10/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/19/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/10/20.**

                                                         <u>Carlota M. Bohm</u>
                                                         United States Bankruptcy Judge

cm: **All Parties**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 14-23517-CMB
Donald L Overly, Jr.                                                    Chapter 13
Debra J Overly
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr                   Page 1 of 2                   Date Rcvd: Nov 26, 2019
                               Form ID: 408                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db/jdb         +Donald L Overly, Jr.,   Debra J Overly,   1247 Bethel Church Rd,   Latrobe, PA 15650-9267
14000794        Berkheimer Assoc., Agt. for Cook Twsp.,   Berkheimer Tax Administrator,
                 HAB DLT Legal, P.O. Box 20662,   Lehigh Valley, PA 18002-0662
13914075       ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,   250 Mt. Lebanon Rd., Ste. 420,
                 Pittsburgh, PA   15122)
13914073       +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13914074       +Collection Service Center,   PO Box 560,   New Kensington, PA 15068-0560
13914077       +Creditech,   PO Box 20330,   Lehigh Valle, PA 18002-0330
13914078       +Equidata,   PO Box 6610,   Newport News, VA 23606-0610
13914083       +Latrobe FCU,   1812 Ligionier St.,   Latrobe, PA 15650-2917
13914088       +Ligionier Valley S.D./Cook Twp.,   c/o Pa.M.S.,   336 Delaware Ave., Dept. W-06,
                 Oakmont, PA 15139-2138
14008885        Ligionier Valley S.D./Cook Twp.,   c/o Pa.M.S.,   336 Delaware Ave., Dept. P,
                 Oakmont, PA 15139-2138
13914087       +PA Dept of Revenue,   PO Box 280432,   Harrisburg, PA 17128-0432
13914091       +Solomon & Solomon,   Columbia Circle,   PO Box 15019,   Albany. NY 12212-5019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14027639       +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13914072       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2019 04:00:53      Capital One/Yamaha,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
13973774       +E-mail/Text: bnc@bass-associates.com Nov 27 2019 03:56:27      Cavalry Spv I, LLC,
                 c/o Bass & Associates, P.C.,   3936 E. Fort Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13914076       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 03:57:42      Comenity Bank,
                 PO Box 182789,   Columbus, OH 43218-2789
13914079       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:50      GECRB/GECAF Nations,
                 PO Box 965036,   Orlando, FL 32896-5036
13914080       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:06      GECRB/Paypal,   PO Box 965005,
                 Orlando, FL 32896-5005
13914081       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:06      GECRB/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
13914082        E-mail/Text: cio.bncmail@irs.gov Nov 27 2019 03:57:33      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13914084       +E-mail/Text: support@ljross.com Nov 27 2019 03:57:37      LJ Ross Associates,   PO Box 6099,
                 Jackson, MI 49204-6099
13914085       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 03:58:05      Midland Funding LLC,
                 8875 Aero Dr., Ste. 200,   San Diego, CA 92121-2255
13914086       +E-mail/PDF: cbp@onemainfinancial.com Nov 27 2019 04:01:27      Onemain Financial,
                 6801 Colwell Blvd.,   C/S Care Dept,   Irving, TX 75039-3198
13914089        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:01:42
                 Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA  23502
13958431        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:29:22
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13928058        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 27 2019 03:57:56
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13914092        E-mail/PDF: cbp@onemainfinancial.com Nov 27 2019 04:00:45      Springleaf Financial,
                 PO Box 370,   Greensburg, PA  15601
13914093       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 27 2019 03:58:14      West Penn Power,
                 76 South Main St.,   Akron, OH 44308-1817
13920009       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 27 2019 03:58:14      West Penn Power,
                 1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PA Dept of Revenue
cr              Wilmington Savings Fund Society, Et Al...
13914090*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA  23502)
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: gamr               Page 2 of 2             Date Rcvd: Nov 26, 2019
                              Form ID: 408             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           andygornall@latouflawfirm.com
          Douglas G. Hipp    on behalf of Joint Debtor Debra J Overly twohipp4u@hotmail.com
          Douglas G. Hipp    on behalf of Debtor Donald L Overly, Jr. twohipp4u@hotmail.com
          James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           bkgroup@kmllawgroup.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```