**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DONALD L OVERLY, JR.<br>DEBRA J OVERLY<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:14-23517<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

November 25, 2019

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 08/29/2014  and confirmed on 12/1/14 .  The case was subsequently            Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 90,946.45 |
| Less Refunds to Debtor | 1,614.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,331.81 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,000.00 | |
|    Trustee Fee | 3,662.44 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,662.44 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   RUSHMORE LOAN MANAGEMENT SVCS | 0.00 | 61,258.70 | 0.00 | 61,258.70 |
|     Acct: 8164 | | | | |
|   RUSHMORE LOAN MANAGEMENT SVCS | 9,898.82 | 9,898.82 | 0.00 | 9,898.82 |
|     Acct: 8164 | | | | |
|   PA DEPARTMENT OF REVENUE* | 496.21 | 496.21 | 32.02 | 528.23 |
|     Acct: 1293 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7871 | | | | |
| | | | | 71,685.75 |
| **Priority** | | | | |
|   DOUGLAS G HIPP ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD L OVERLY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD L OVERLY, JR. | 1,614.64 | 1,614.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HIPP/KAISER-HIPP | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ?:14 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX3:11 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,858.39 | 1,858.39 | 0.00 | 1,858.39 |
|     Acct: 1293 | | | | |
|   COOK TOWNSHIP (EIT) | 66.00 | 66.00 | 0.00 | 66.00 |
|     Acct: 1293 | | | | |
|   LIGONIER VLY SD/COOK TWP (EIT) | 4,525.75 | 4,525.75 | 0.00 | 4,525.75 |
|     Acct: 1293 | | | | |
|   LIGONIER VLY SD/COOK TWP (EIT) | 5,259.43 | 5,259.43 | 0.00 | 5,259.43 |
|     Acct: 9893 | | | | |
|   LIGONIER VLY SD/COOK TWP(PCAP) | 207.00 | 207.00 | 0.00 | 207.00 |
|     Acct: 7670 | | | | |
| | | | | 11,916.57 |

14-23517                                                                                              Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8536 | | | | |
|    LIGONIER VLY SD/COOK TWP(PCAP) | 1,522.50 | 35.85 | 0.00 | 35.85 |
|       Acct: 7670 | | | | |
|    JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5888 | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 518.38 | 12.21 | 0.00 | 12.21 |
|       Acct: 6322 | | | | |
|    EQUIDATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXX6231 | | | | |
|    GECAF*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6034 | | | | |
|    PAYPAL BUYER CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6044 | | | | |
|    WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6032 | | | | |
|    LATROBE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1820 | | | | |
|    LJ ROSS & ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1149 | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXX6034 | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6978 | | | | |
|    SOLOMON & SOLOMON PC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7242 | | | | |
|    WEST PENN POWER* | 231.62 | 5.45 | 0.00 | 5.45 |
|       Acct: 6104 | | | | |
|    PA DEPARTMENT OF REVENUE* | 574.86 | 13.54 | 0.00 | 13.54 |
|       Acct: 1293 | | | | |
|    ALTAIR OH XIII LLC | 8,636.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2168 | | | | |
|    ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 67.05 |

TOTAL PAID TO CREDITORS                                                                              83,669.37

TOTAL
CLAIMED       11,916.57
PRIORITY      10,395.03
SECURED       11,483.36


Date: 11/25/2019                                           /s/ Ronda J. Winnecour

                                                           RONDA J WINNECOUR PA ID #30399
                                                           CHAPTER 13 TRUSTEE WD PA
                                                           600 GRANT STREET
                                                           SUITE 3250 US STEEL TWR
                                                           PITTSBURGH, PA  15219
                                                           (412) 471-5566
                                                           cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    DONALD L OVERLY, JR.<br>    DEBRA J OVERLY<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>       vs.<br>    No Repondents. | Case No.:14-23517<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                BY THE COURT:

                                                            _____
                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-23517-CMB
Donald L Overly, Jr.                                            Chapter 13
Debra J Overly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 2            Date Rcvd: Nov 26, 2019
                             Form ID: pdf900        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
```
db/jdb         +Donald L Overly, Jr.,   Debra J Overly,   1247 Bethel Church Rd,    Latrobe, PA 15650-9267
14000794        Berkheimer Assoc., Agt. for Cook Twsp.,   Berkheimer Tax Administrator,
                 HAB DLT Legal, P.O. Box 20662,   Lehigh Valley, PA 18002-0662
13914075       ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,    250 Mt. Lebanon Rd., Ste. 420,
                 Pittsburgh, PA   15122)
13914073       +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13914074       +Collection Service Center,   PO Box 560,   New Kensington, PA 15068-0560
13914077       +Creditech,   PO Box 20330,   Lehigh Valle, PA 18002-0330
13914078       +Equidata,   PO Box 6610,   Newport News, VA 23606-0610
13914083       +Latrobe FCU,   1812 Ligionier St.,   Latrobe, PA 15650-2917
13914088       +Ligionier Valley S.D./Cook Twp.,   c/o Pa.M.S.,   336 Delaware Ave., Dept. W-06,
                 Oakmont, PA 15139-2138
14008885        Ligionier Valley S.D./Cook Twp.,   c/o Pa.M.S.,   336 Delaware Ave., Dept. P,
                 Oakmont, PA 15139-2138
13914087       +PA Dept of Revenue,   PO Box 280432,   Harrisburg, PA 17128-0432
13914091       +Solomon & Solomon,   Columbia Circle,   PO Box 15019,   Albany. NY 12212-5019
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14027639       +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914072       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2019 04:01:37      Capital One/Yamaha,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
13973774       +E-mail/Text: bnc@bass-associates.com Nov 27 2019 03:56:27     Cavalry Spv I, LLC,
                 c/o Bass & Associates, P.C.,   3936 E. Fort Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13914076       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 03:57:44     Comenity Bank,
                 PO Box 182789,   Columbus, OH 43218-2789
13914079       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:34     GECRB/GECAF Nations,
                 PO Box 965036,   Orlando, FL 32896-5036
13914080       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:08     GECRB/Paypal,   PO Box 965005,
                 Orlando, FL 32896-5005
13914081       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:49     GECRB/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
13914082        E-mail/Text: cio.bncmail@irs.gov Nov 27 2019 03:57:35     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13914084       +E-mail/Text: support@ljross.com Nov 27 2019 03:57:37     LJ Ross Associates,   PO Box 6099,
                 Jackson, MI 49204-6099
13914085       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 03:58:05     Midland Funding LLC,
                 8875 Aero Dr., Ste. 200,   San Diego, CA 92121-2255
13914086       +E-mail/PDF: cbp@onemainfinancial.com Nov 27 2019 04:00:04     Onemain Financial,
                 6801 Colwell Blvd.,   C/S Care Dept,   Irving, TX 75039-3198
13914089        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:00:57
                 Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA  23502
13958431        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:00:18
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13928058        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 27 2019 03:57:59
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13914092        E-mail/PDF: cbp@onemainfinancial.com Nov 27 2019 04:01:28     Springleaf Financial,
                 PO Box 370,   Greensburg, PA  15601
13914093       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 27 2019 03:58:14      West Penn Power,
                 76 South Main St.,   Akron, OH 44308-1817
13920009       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 27 2019 03:58:14      West Penn Power,
                 1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 17
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              PA Dept of Revenue
cr              Wilmington Savings Fund Society, Et Al...
13914090*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    120 Corporate Blvd.,   Norfolk, VA  23502)
                                                                                TOTALS: 2, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: gamr              Page 2 of 2            Date Rcvd: Nov 26, 2019
                              Form ID: pdf900         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               andygornall@latouflawfirm.com
              Douglas G. Hipp    on behalf of Joint Debtor Debra J Overly twohipp4u@hotmail.com
              Douglas G. Hipp    on behalf of Debtor Donald L Overly, Jr. twohipp4u@hotmail.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 7
```