# PROCEEDING MEMO

Date: 01/15/2020 11:00 am

In re:  Donald L Overly, Jr.
        Debra J Overly

Bankruptcy No. 14-23517-CMB
Chapter: 13
Doc. # 78

Appearances: Katz/
             Warmbrodt

Nature of Proceeding: #78 Trustee's Reply To Response To Trustee's Notice of Final Cure Payment

Additional Pleadings: #72 Notice of Final Cure Payment filed by Trustee
                      #73 Response to Notice of Final Cure Payment filed by Wilmington Savings Fund Society, FSB

Judge's Notes:
   Matter resolved due to amended response filed

FILED
1/15/20 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge