**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    DONALD L OVERLY, JR.<br>    DEBRA J OVERLY<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:14-23517<br><br>Chapter 13<br><br>Related to: Document No. 74<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this \_\_\_\_16th\_\_\_\_ day of \_\_\_January\_\_\_, 20\_20\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
1/16/20 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                                    glb
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-23517-CMB
Donald L Overly, Jr.                                                Chapter 13
Debra J Overly
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Jan 16, 2020
                              Form ID: pdf900        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db/jdb         +Donald L Overly, Jr.,    Debra J Overly,    1247 Bethel Church Rd.,    Latrobe, PA 15650-9267
14000794        Berkheimer Assoc., Agt. for Cook Twsp.,    Berkheimer Tax Administrator,
                 HAB DLT Legal, P.O. Box 20662,    Lehigh Valley, PA 18002-0662
13914075       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,      250 Mt. Lebanon Rd., Ste. 420,
                 Pittsburgh, PA  15122)
13914073       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13914074       +Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13914077       +Creditech,    PO Box 20330,    Lehigh Valle, PA 18002-0330
13914078       +Equidata,    PO Box 6610,    Newport News, VA 23606-0610
13914083       +Latrobe FCU,    1812 Ligionier St.,    Latrobe, PA 15650-2917
14008885        Ligonier Valley S.D./Cook Twp.,    c/o Pa.M.S.,    336 Delaware Ave., Dept. P,
                 Oakmont, PA 15139-2138
13914088       +Ligonier Valley S.D./Cook Twp.,    c/o Pa.M.S.,    336 Delaware Ave., Dept. W-06,
                 Oakmont, PA 15139-2138
13914087       +PA Dept of Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
13914091       +Solomon & Solomon,    Columbia Circle,    PO Box 15019,    Albany. NY 12212-5019
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14027639       +E-mail/Text: bncmail@w-legal.com Jan 17 2020 03:17:08      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914072       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:23:26      Capital One/Yamaha,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13973774       +E-mail/Text: bnc@bass-associates.com Jan 17 2020 03:14:46      Cavalry Spv I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Fort Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13914076       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:16:09      Comenity Bank,
                 PO Box 182789,    Columbus, OH 43218-2789
13914079       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:22:43      GECRB/GECAF Nations,
                 PO Box 965036,    Orlando, FL 32896-5036
13914080       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:22:39      GECRB/Paypal,   PO Box 965005,
                 Orlando, FL 32896-5005
13914081       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:22:40      GECRB/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
13914082        E-mail/Text: cio.bncmail@irs.gov Jan 17 2020 03:15:56      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13914084       +E-mail/Text: support@ljross.com Jan 17 2020 03:16:00      LJ Ross Associates,   PO Box 6099,
                 Jackson, MI 49204-6099
13914085       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2020 03:16:47      Midland Funding LLC,
                 8875 Aero Dr., Ste. 200,    San Diego, CA 92121-2255
13914086       +E-mail/PDF: cbp@onemainfinancial.com Jan 17 2020 03:23:10      Onemain Financial,
                 6801 Colwell Blvd.,    C/S Care Dept,    Irving, TX 75039-3198
13914089        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:24:14
                 Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA  23502
13958431        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:23:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13928058        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:16:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13914092        E-mail/PDF: cbp@onemainfinancial.com Jan 17 2020 03:22:30      Springleaf Financial,
                 PO Box 370,    Greensburg, PA  15601
13914093       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 17 2020 03:16:59      West Penn Power,
                 76 South Main St.,    Akron, OH 44308-1817
13920009       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 17 2020 03:16:58      West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 17
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Goldman Sachs Mortgage Company
cr              PA Dept of Revenue
cr              Wilmington Savings Fund Society, Et Al...
13914090*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     120 Corporate Blvd.,   Norfolk, VA  23502)
                                                                                             TOTALS: 3, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: mgut                 Page 2 of 2            Date Rcvd: Jan 16, 2020
                               Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               andygornall@latouflawfirm.com
              Douglas G. Hipp    on behalf of Joint Debtor Debra J Overly twohipp4u@hotmail.com
              Douglas G. Hipp    on behalf of Debtor Donald L Overly, Jr. twohipp4u@hotmail.com
              James  Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```